FARMERS' & BANKERS' WAREHOUSE ASS'N et al. v. BURT et al.

No. 1235. Opinion Filed November 18, 1911.

(120 Pac. 296.)

APPEAL AND ERROR—Dismissal—Failure to File Brief. Where plaintiff in error files no brief, as required by rule 7 (20 Okla. viii, 95 Pac. vi) of this court, the appeal will be dismissed for want of prosecution.

(Syllabus by Rosser, C.)

*Error from District Court, Tillman County; J. T. Johnson, Judge.*

Suit by J. A. Burt, Thos. Simmons, J. Angus Gillis, Jno. W. Moore, H. A. Teftweller, J. A. Carr, J. Waits, F. E. Lovejoy, and J. W. Yancy, trustees, against the Farmers' & Bankers' Warehouse Association, W. A. Carothers, Carothers' Building Association, and W. H. Dial. Judgment and decree for plaintiffs, and defendants bring error. Dismissed.

*W. H. Dial* and *Burford & Burford,* for plaintiffs in error.

*McGuire & Mosier,* for defendants in error.

Opinion by ROSSER, C. The petition in error and transcript of the record was filed in this court November 24, 1909, and no brief has been filed by the plaintiffs in error. The peti-

tion in error should therefore be dismissed for want of prosecution. *Hass v. McCampbell*, 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick*, 27 Okla. 778, 117 Pac. 200, and cases there cited; *McClelland v. Witherall, infra*, 119 Pac. 205; *Cox v. Rogers et al., infra*, 119 Pac. 205; *Bender v. Bender, infra*, 119 Pac. 205.

By the Court: It is so ordered.

All the Justices concur.